# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> GRACEWAY PHARMACEUTICALS, LLC, <br>　　　　　Debtor. <br><br> Tax I.D. No. 14-1965385 | Case No. 11-13036 <br><br> Chapter 11 |
| In re: <br><br> GRACEWAY PHARMA HOLDING CORP., <br>　　　　　Debtor. <br><br> Tax I.D. No. 27-3569175 | Case No. 11-13037 <br><br> Chapter 11 |
| In re: <br><br> GRACEWAY HOLDINGS, LLC, <br>　　　　　Debtor. <br><br> Tax I.D. No. 20-4182502 | Case No. 11-13038 <br><br> Chapter 11 |
| In re: <br><br> CHESTER VALLEY HOLDINGS, LLC, <br>　　　　　Debtor. <br><br> Tax I.D. No. 20-1929457 | Case No. 11-13039 <br><br> Chapter 11 |
| In re: <br><br> CHESTER VALLEY PHARMACEUTICALS, LLC, <br>　　　　　Debtor. <br><br> Tax I.D. No. 20-1933713 | Case No. 11-13041 <br><br> Chapter 11 |
| In re: <br><br> GRACEWAY CANADA HOLDINGS, INC., <br>　　　　　Debtor. <br><br> Tax I.D. No. 20-8046663 | Case No. 11-13042 <br><br> Chapter 11 |

| In re: | |
|---|---|
| GRACEWAY INTERNATIONAL, INC., Debtor. | Case No. 11-13043 |
| Tax I.D. No. 26-0212399 | Chapter 11 |
| | Docket Ref. No. 4 |

## ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' RELATED CHAPTER 11 CASES

("Joint Administration Order")

Upon consideration of the motion (the "**Motion**")[1] of the Debtors for entry of an order authorizing the procedural consolidation and joint administration of these Chapter 11 Cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the Motion and opportunity for objection having been given, with no objections or requests for hearing having been filed, or all objections having been overruled, as the case may be; and it appearing that no other notice need be given; and after due deliberation and sufficient cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' Chapter 11 Cases.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

4. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GRACEWAY PHARMACEUTICALS, LLC, *et al.*, | Case No. 11-13036 (MFW) |
| | Jointly Administered |
| Debtors. | |

5. The caption shall contain a footnote, in accordance with Section 342 of the Bankruptcy Code, which should read as follows:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Graceway Pharma Holding Corp., a Delaware corporation (9175), Case No. 11-13037 (MFW); Graceway Holdings, LLC, a Delaware limited liability company (2502), Case No. 11-13038 (MFW); Graceway Pharmaceuticals, LLC, a Delaware limited liability company (5385), Case No. 11-13036 (MFW); Chester Valley Holdings, LLC, a Delaware limited liability company (9457), Case No. 11-13039 (MFW); Chester Valley Pharmaceuticals, LLC, a Delaware limited liability company (3713), Case No. 11-13041 (MFW); Graceway Canada Holdings, Inc., a Delaware corporation (6663), Case No. 11-13042 (MFW); and Graceway International, Inc., a Delaware corporation (2399), Case No. 11-13043 (MFW). The mailing address for Graceway Pharmaceuticals, LLC is 340 Martin Luther King Jr. Blvd., Suite 500, Bristol, TN 37620 (Attn: John Bellamy).

6. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Graceway Pharmaceuticals, LLC to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of these Chapter 11 Cases of Graceway Pharmaceuticals, LLC and its affiliates. All further pleadings and other papers in this Chapter 11 Case shall be filed in, and all further docket entries shall be made in, Case No 11 - 13036 (Graceway Pharmaceuticals, LLC).

7. The foregoing caption shall satisfy the requirements of Section 342(c)(1) of the Bankruptcy Code.

8. One consolidated docket, one file and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: September 30, 2011
       Wilmington, Delaware

_____
Peter J. Walsh
United States Bankruptcy Judge

CH\1283856.5