**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Graceway Pharmaceuticals, LLC, et.al., | ) | Case No. 11-13036 (MFW) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE THAT** The Official Committee of Unsecured Creditors, in the above-captioned case, hereby appears by its counsel, Elliott Greenleaf, and Lowenstein Sandler, enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given

or filed in this Case be given and served upon them at the following:

Kenneth A. Rosen
S. Jason Teele
Nicole Stefanelli
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068
Tel: 973.597.2500
Fax: 973.597.2400
Email: KRosen@lowenstein.com
Email: Steele@lowenstein.com
Email: NStefanelli@lowenstein.com


Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) the Committee's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge,

(2) the Committee's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this Case, (3) the Committee's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Committee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.


Dated: October 11, 2011                    ELLIOTT GREENLEAF

                                           */s/ Rafael X. Zahralddin-Aravena*
                                           Rafael X. Zahralddin-Aravena (DE 4166)
                                           Shelley A. Kinsella (DE 4023)
                                           1105 N. Market Street, Suite 1700
                                           Wilmington, Delaware 19801
                                           Telephone:  (302) 384-9400
                                           Facsimile:  (302) 384-9399
                                           Email:  rxza@elliottgreenleaf.com
                                           Email: sak@elliottgreenleaf.com

                                           *Proposed Counsel to the Official
                                           Committee of Unsecured Creditors*

                                           and
                                           LOWENSTEIN SANDLER
                                           Kenneth A. Rosen
                                           S. Jason Teele
                                           Nicole Stefanelli
                                           65 Livingston Avenue
                                           Roseland, NJ 07068
                                           Tel: 973.597.2500
                                           Fax: 973.597.2400
                                           Email: KRosen@lowenstein.com
                                           Email: Steele@lowenstein.com
                                           Email: NStefanelli@lowenstein.com

                                           *Proposed Counsel to the Official
                                           Committee of Unsecured Creditors*