UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Graceway Pharmaceuticals, LLC, *et al.* | : | Case No. 11-13036 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Value Recovery Fund LLC**, Attn: Michael Iuliano, Three Landmark Square, 4th Floor, Stamford, CT 06901, Phone: 203-658-0793

2. **Metaphor Inc.**, Attn: Dwayne Hann, 119 Cherry Hill Rd., Ste. 208, Parsippany, NJ 07054, Phone: 973-334-1009, Fax: 973-334-1667

3. **3M Company**, Attn: Maureen Harms, 3M Center, MS 220-9E-02, St. Paul, MN 55144, Phone: 651-733-4879, Fax: 651-732-7036

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Juliet M. Sarkessian for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: October 11, 2011

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kara Hammond Coyle, Esquire, Phone: (302) 302-571-6600, Fax: (302) 571-1253