IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GRACEWAY PHARMACEUTICALS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-13036 (PJW)<br><br>Jointly Administered<br><br>Related Docket Nos. 15 and 52 |

**NOTICE OF FILING OF PROPOSED FORM OF FINAL ORDER (I) AUTHORIZING DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364 AND (III) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. § 364**

**PLEASE TAKE NOTICE THAT** on September 29, 2011, Graceway Pharmaceuticals, LLC and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362 and 363; (III) Authorizing Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 364 and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B)* [Docket No. 15] (the "DIP Motion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Graceway Pharma Holding Corp., a Delaware corporation (9175), Case No. 11-13037 (PJW); Graceway Holdings, LLC, a Delaware limited liability company (2502), Case No. 11-13038 (PJW); Graceway Pharmaceuticals, LLC, a Delaware limited liability company (5385), Case No. 11-13036 (PJW); Chester Valley Holdings, LLC, a Delaware limited liability company (9457), Case No. 11-13039 (PJW); Chester Valley Pharmaceuticals, LLC, a Delaware limited liability company (3713), Case No. 11-13041 (PJW); Graceway Canada Holdings, Inc., a Delaware corporation (6663), Case No. 11-13042 (PJW); and Graceway International, Inc., a Delaware corporation (2399), Case No. 11-13043 (PJW). The mailing address for Graceway Pharmaceuticals, LLC is 340 Martin Luther King Jr. Blvd., Suite 500, Bristol, TN 37620 (Attn: John Bellamy). On October 4, 2011, Graceway Canada Company filed an application in the Ontario Superior Court of Justice (Commercial List) pursuant to the *Courts of Justice Act*, R.S.O. 1990, c. C. 43.

**PLEASE TAKE FURTHER NOTICE THAT** on September 30, 2011, the Court entered an order [Docket No. 52] (the "Interim DIP Order") that, among other things, approved the DIP Motion on an interim basis on the terms set forth in the Interim DIP Order and scheduled a Final Hearing (as defined in the Interim DIP Order) for October 17, 2011 at 1:30 p.m. (ET). The Final Hearing was subsequently rescheduled to November 7, 2011 at 2:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors intend to present the form of order attached hereto as Exhibit A approving the DIP Motion on a final basis (the "Proposed Final DIP Order") at the Final Hearing. A blackline of the Proposed Final DIP Order against the Interim DIP Order is attached hereto as Exhibit B.

Dated: November 4, 2011
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kara Hammond Coyle*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No 4410)
The Brandywine Building – 17th Floor
1000 West Street, Post Office Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

David S. Heller
Josef S. Athanas
Matthew L. Warren
LATHAM & WATKINS LLP
Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for the Debtors*
*and Debtors in Possession*

01: 11575853.1    070649.1001